UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-495-FDW-DCK

| | |
|---|---|
| SGL CARBON, INC., | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| GT SOLAR INCORPORATED, | ) |
| Defendant. | ) |

THIS MATTER is before the Court on the Plaintiff's "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed November 20, 2009 of Joseph G. Curatolo, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina and paragraph 2 of the Court's Initial Scheduling Order [Misc. No. 3:07-MC-47 (Doc. No. 2)].

It appears that the person for whom leave to appear is sought, Joseph G. Curatolo of the law firm of Curatolo Sidoti, L.P.A., is a member in good standing of the Bar of the State of Ohio and is admitted to practice in other Courts.

It further appears that Mr. Curatolo has associated Jason A. Friday of Alston & Bird LLP as local counsel.

IT IS THEREFORE ORDERED that Joseph G. Curatolo be permitted to appear *pro hac vice* in the above-captioned action pending in this Court as counsel for Plaintiff.

Signed: November 23, 2009

_____

David C. Keesler
United States Magistrate Judge